**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**ORCHARD DRIVE, LLC,**

        **Plaintiff,**

**-vs-**         **Case No. 6:10-cv-245-Orl-18DAB**

**M/V SUNCRUZ VIII, OFFICIAL NO. 977138,**

        **Defendant.**

_____

## ORDER

This cause came on for consideration with oral argument[1] on the following motions filed herein:

| | |
|---|---|
| **MOTION:** | **AMENDED MOTION FOR RETURN OF PROPERTY IN INCIDENTAL CUSTODY AND OTHERWISE NOT SUBJECT TO THE ARREST OF THE M/V SUNCRUZ VI (Doc. No. 26)** |
| **FILED:** | March 18, 2010 |
| **THEREON** it is **ORDERED** that the motion is **DENIED** without prejudice. | |
| **MOTION:** | **MOTION FOR ORDER DIRECTING INTERLOCUTORY SALE OF SUNCRUZ VI, APPROVING SALE PROCEDURES, AUTHORIZING RETENTION AND PAYMENT OF APPRAISERS AND BROKER AND AUTHORIZING CREDIT BID (Doc. No. 36)** |
| **FILED:** | April 2, 2010 |
| **THEREON** it is **ORDERED** that the motion is **DENIED without prejudice** as to setting an interlocutory sale and setting a credit bid, and **DENIED** as to the remainder of the relief sought in the Motion. | |

---

[1]An evidentiary hearing was held on virtually identical motions in the related case, *Canaveral Port Authority v. M/V Surfside Princess*, Case No. 09-cv-1919-28DAB, on April 14, 2010.

For the reasons as stated in the related case, *Canaveral Port Authority v. M/V Surfside Princess*, Case No. 09-cv-1919-28DAB[2], to the extent Orchard Drive seeks an order to set an interlocutory sale and allow a credit bid, it is **DENIED** without prejudice as premature; to the extent the Motion seeks other relief it is **DENIED**, as explained in Case No. 09-cv-1919-28DAB, Doc. No. 102. Ultron's Motion for return of ATM machines is **DENIED** without prejudice for the reasons explained in Case No. 09-cv-1919-28DAB, Doc. No. 101.

| **MOTION:** | **MOTION FOR DEFAULT JUDGMENT AGAINST M/V SUNCRUZ VI (Doc. No. 29)** |
|---|---|
| **FILED:** | **March 22, 2010** |
| **THEREON** it is **ORDERED** that the motion is **DENIED without prejudice.** Judgment is not appropriate until all lien claims are adjudicated.. | |
| **MOTION:** | **MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO MOTION FOR ORDER OF SALE OF SUNCRUZ VI (Doc. No. 47)** |
| **FILED:** | **April 16, 2010** |
| **THEREON** it is **ORDERED** that the motion is **GRANTED**. | |
| **MOTION:** | **MOTION FOR ISSUANCE OF SUPPLEMENTAL WARRANT IN REM (Doc. No. 50)** |
| **FILED:** | **April 19, 2010** |
| **THEREON** it is **ORDERED** that the motion is **GRANTED**. The Clerk is **DIRECTED** to issue the warrant. | |

---

[2]The Motions relating to an interlocutory sale in the two cases, along with a third case, 10-cv-246, are virtually identical.

> **MOTION:** MOTION TO INTERVENE AS PLAINTIFFS BY SEAMEN GROUP VI (Doc. No. 52)
>
> **FILED:** April 20, 2010
> _____
>
> **THEREON** it is **ORDERED** that the motion is **GRANTED**.

**DONE** and **ORDERED** in Orlando, Florida on May 4, 2010.

*David A. Baker*
DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties